HENRY MORITZ, Respondent, *v.* J. EISNER & SONS, INC., Appellant.

(Submitted October 1, 1928; decided October 9, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 249 N. Y. 100.)

JOHN S. KEDROVSKY, Individually and on Behalf of Others, Respondent, *v.* ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH et al., Defendants.

PLATON ROZDESTVENSKY et al., Appellants.

(Submitted October 1, 1928; decided October 9, 1928.)

Motion granted and the remittitur when returned will be amended by providing that the judgment of the Appellate Division and that of the Special Term so far as appealed from be reversed and a new trial granted, with costs to abide the event.

CORKLITE COMPANY, INC., Respondent, *v.* THE RELL REALTY CORPORATION, Defendant, ISAAC GOLDBERG et al., Respondents, and CAPITAL CITY SURETY COMPANY, Appellant.

LOUIS BARON et al., Respondents, *v.* THE RELL REALTY CORPORATION et al., Defendants, G. GOLDBERG & SON, INC., et al., Respondents, and CAPITAL CITY SURETY COMPANY, Appellant.

(Submitted October 1, 1928; decided October 9, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 249 N. Y. 1.)